# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anderson, John F. | Virginia - District Court | 4/11/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full time magistrate judge | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Smithsonian Institution, retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking accounts | A | Interest | O | T | | | | | |
| 2. T. Rowe Price Prime Reserve Fund | A | Dividend | K | T | | | | | |
| 3. Dreyfus Liquid Assets | | None | L | T | | | | | |
| 4. Pentagon Federal Credit Union account | A | Interest | J | T | | | | | |
| 5. Bank of America Corporation Common Stock | A | Dividend | L | T | | | | | |
| 6. Dominion Resources, Inc., Common Stock | C | Dividend | L | T | | | | | |
| 7. First Citizens Bancshares, Inc., Common Stock | A | Dividend | L | T | | | | | |
| 8. Northwestern Mutual, ▓ annuity, Retirement-MN Series | D | Dividend | N | T | | | | | |
| 9. (H) Brokerage Account #1 | | | | | | | | | |
| 10. --AMCAP Fund Inc., class A | E | Dividend | M | T | | | | | |
| 11. --AMER Mutual Fund, Inc., class A | D | Dividend | M | T | | | | | |
| 12. --American Fund Europacific Growth Fund, class A | B | Dividend | M | T | | | | | |
| 13. --American Fund Growth Fund America, class A | D | Dividend | M | T | | | | | |
| 14. F--Washington Mutual Investment Fund, class A | D | Dividend | M | T | | | | | |
| 15. --American Funds Tax Exempt VA, class A | D | Dividend | M | T | | | | | |
| 16. (H) Brokerage Account #2 | | | | | | | | | |
| 17. --Portsmouth VA Ser A RF Bond | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Prince William Co. VA CTFS Bond | B | Interest | L | T | | | | | |
| 19. --Roanoke VA Go Public IMPT Series A Bond | C | Interest | M | T | | | | | |
| 20. --Harrisonburg VA Pub IMPT Bond | C | Interest | M | T | | | | | |
| 21. --Virginia ST Series A RF Bond | C | Interest | M | T | | | | | |
| 22. --Fairfax Co VA PUB IMPT Series B Bond | B | Interest | L | T | | | | | |
| 23. --Fairfax Co VA Economic Dev Auth. Bond | B | Interest | L | T | | | | | |
| 24. --Western VA Regional Jail at VA REV Bond | B | Interest | L | T | | | | | |
| 25. --Virginia CLG BLDG VA EDL Bond | C | Interest | M | T | | | | | |
| 26. --Virginia CMWLTH TRNSN BRD Bond | B | Interest | L | T | | | | | |
| 27. -- Virginia ST OID Bond | B | Interest | L | T | | | | | |
| 28. -- Virginia ST Series A OID Bond | B | Interest | K | T | | | | | |
| 29. --American Inc Fund of America, class A | D | Dividend | N | T | | | | | |
| 30. --Columbia Multi Advisor Intern Equity Fund, Class A | A | Dividend | | | Sold | 5/10/13 | L | A | |
| 31. --Columbia Marsico Growth Fund, class A | E | Dividend | M | T | | | | | |
| 32. --Fidelity Advisor New Insights Fund, class A | E | Dividend | N | T | | | | | |
| 33. --Fidelity Advisor Energy Fund, class C | A | Dividend | K | T | | | | | |
| 34. --Columbia Virginia Interm Muni Bond Fund, class A | E | Dividend | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CMA Cash/Tax Exempt Fund | A | Dividend | M | T | | | | | |
| 36. --American Washington Mutual Investors Fund Inc A | D | Dividend | N | T | Buy | 05/16/13 | L | | |
| 37. --Virginia COMWLTH TRNSN BRD Bond | B | Dividend | L | T | | | | | |
| 38. --American New Perspective Fund, class A | C | Dividend | M | T | | | | | |
| 39. (H) Brokerage Account #3 | | | | | | | | | |
| 40. --AST Investment Grade Bond | | None | | | Sold | 01/10/13 | J | A | |
| 41. --AST Capital Growth Asset Allocation | B | Dividend | K | T | | | | | |
| 42. --AST CLS Moderate Asset Allocation RCM World Trends | C | Dividend | L | T | | | | | |
| 43. --AST Preservation Asset Allocation | C | Dividend | L | T | | | | | |
| 44. (H) Brokerage Account # 4 | | | | | | | | | |
| 45. --American Fund, Growth Fund of America | D | Dividend | M | T | | | | | |
| 46. -- American Fund, Washington Mutual Investors Fund | C | Dividend | M | T | Buy (add'l) | 12/17/13 | J | | |
| 47. -- American Fund, Income Fund of America | C | Dividend | M | T | | | | | |
| 48. -- American Fund, Intermediate Bond Fund of America | B | Dividend | L | T | | | | | |
| 49. --Facebook Inc. Class A common stock | | None | | | Sold | 08/30/13 | J | A | |
| 50. (H) Brokerage Account # 5 | | | | | | | | | |
| 51. --AT&T Inc. Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Caterpillar Inc. Common | B | Dividend | L | T | | | | | |
| 53. -- Comcast Corp Common Class A | A | Dividend | J | T | | | | | |
| 54. -- Eastman Kodak Co, Common | | None | | | Sold | 08/20/13 | J | | |
| 55. -- Echelon Corp, Common | | None | J | T | | | | | |
| 56. -- Gap Inc., Common | A | Dividend | J | T | | | | | |
| 57. -- Intel Corp, Common | A | Dividend | J | T | | | | | |
| 58. -- Microsoft Corp, Common | A | Dividend | J | T | | | | | |
| 59. -- Spdr Tr Unit Series 1 | B | Dividend | L | T | | | | | |
| 60. -- Time Warner Inc., Common | A | Dividend | J | T | | | | | |
| 61. Wells Fargo MMDA | A | Interest | M | T | | | | | |
| 62. Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 63. BB&T Account | A | Interest | K | T | | | | | |
| 64. (H) IRA Account | | | | | | | | | |
| 65. -- Wells Fargo Stable Investment Fund | B | Dividend | M | T | | | | | |
| 66. --Fidelity Contrafund | E | Dividend | M | T | | | | | |
| 67. --Fidelity Low Priced Stock | A | Dividend | J | T | | | | | |
| 68. --Vanguard Wellington/Admir | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   --Dodge & Cox Intl Stock | D | Dividend | M | T | | | | | |
| 70.   --MSIF Mid Cap Growth | D | Dividend | L | T | | | | | |
| 71.   Wells Fargo - Time Deposit Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, line 54 column D(1) for the Eastman Kodak stock I put sold but the stock was cancelled as a result of the Chapter 11 bankruptcy.  Given the results from the audit function, I put J in column D(3) since the value was 0 ($15,000 or less).

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, John F. | 4/11/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John F. Anderson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544